No. 663, Misc. WHITEHEAD *v.* TEXAS. C. A. 5th Cir. Certiorari denied.

No. 769. PENNSYLVANIA ET AL. *v.* BOARD OF DIRECTORS OF CITY TRUSTS OF THE CITY OF PHILADELPHIA, *ante,* p. 230;

No. 806. AMITY ESTATES, INC., ET AL. *v.* WERKING, *ante,* p. 933;

No. 822. WOLF *v.* BOYD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, *ante,* p. 936; and

No. 887. OLAF PEDERSEN'S REDERI A/S *v.* MOTOR DISTRIBUTORS, LTD., ET AL., *ante,* p. 938. Petitions for rehearing denied.

No. 36. ALLEGHANY CORPORATION ET AL. *v.* BRESWICK & CO. ET AL., *ante,* p. 151;

No. 82. BAKER, WEEKS & CO. ET AL. *v.* BRESWICK & CO. ET AL., *ante,* p. 151;

No. 114. INTERSTATE COMMERCE COMMISSION *v.* BRESWICK & CO. ET AL., *ante,* p. 151;

No. 89. AUTOMOBILE CLUB OF MICHIGAN *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 180;

No. 412. SMITH *v.* UNITED STATES, 352 U. S. 909;

No. 577. ANSELL ET AL. *v.* UNITED STATES, 352 U. S. 969; and

No. 612. OLENDER *v.* UNITED STATES, 352 U. S. 982. Petitions for rehearing denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of these applications.

No. 774. BROADWELL ET AL. *v.* OHIO, *ante,* p. 911. Motion for leave to file petition for rehearing out of time denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this motion.